December 6, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

MICHAEL TURNER, Appellant

NO. 14-11-00785-CV                    V.

TEAMSTERS LOCAL UNION NO. 968 AND FIRST TRANSIT, INC., Appellees

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on August 5, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by MICHAEL TURNER.

We further order this decision certified below for observance.